IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| SHALAINE LAWSON, | ) | Cause No. CV-23-61-GF-JTJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **FEDERATED'S UNOPPOSED** |
| FEDERATED RURAL ELECTRIC | ) | **MOTION FOR VIRTUAL** |
| INSURANCE EXCHANGE, | ) | **ATTENDANCE AT JUNE 20, 2024** |
| FEDERATED RURAL ELECTRIC | ) | **HEARING** |
| MANAGEMENT CORPORATION, | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon Federated's Unopposed Motion for Virtual Attendance at the June 20, 2024, hearing (Text Order, Doc. 36), and good cause appearing,

IT IS ORDERED that counsel for Federated may appear at the June 20, 2024, hearing by Zoom. Counsel for Federated will contact the Clerk of Court's Office for the Zoom link.

DATED this 7th day of June, 2024.

_____
John Johnston
United States Magistrate Judge